UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HERIBERTO MORALES,

                Plaintiff,

      -against-                                        23-cv-10712 (LAK)

MTLR CORP., etc., et al,

                Defendants
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        This action is remanded to the state court from which it was removed. The amended notice of removal has not cured all of the defects in the jurisdictional allegations of the original notice. Among other things, it does not identify or sufficiently allege the citizenship of each of the members of the limited liability companies, and it does not allege the states of incorporation or the principal places of business of the corporations.

        SO ORDERED.

Dated:      December 20, 2023

                                              _____
                                                  Lewis A. Kaplan
                                               United States District Judge